IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )           4:03CR3175
                               )
     v.                        )
                               )
JEFFREY L. MIERS,              )           ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion and request for hearing pursuant to Rule 35(b) (Filing No. 51). Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Friday, April 28, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

DATED this 8th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court