IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         4:03CR3175
                             )
     v.                      )
                             )
JEFFREY L. MIERS,            )         ORDER
                             )
            Defendant.       )
_____)
```

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is rescheduled for:

**Wednesday, April 26, 2006, at 10:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court